Date: Oct. 3, 2011

Judge Cooper
42 East State Street
Trenton, New Jersey 08608

Regarding: Omeca Best-Docket#10-488 MLC

MOTION –RELEASE-CONVICTION ON BACKGROUND RECORDS

On this day of October 4, 2011, I Omeca Best makes a request to have my records expunged and release conviction on background records. I have been looking for a job and with the conviction you placed on my background records, I cannot get a job. I am requesting to supersede my conviction-any waive of wrong-doings for it-was-not my call for this to have happen. I worked for the Department of Justice and I was only trying to help others not knowing, I was doing anything wrong. I received a 5K letter hoping to clear myself of any wrong doing. However, I was still giving a conviction that is not fair, others are misleading individual, like myself. I have an attorney who is only looking for me to pay her and, she is working very closely with the District Attorney. I have not been in trouble until working for the Executive office of Review in the government. I have been with the government for 20 years of more. I can only see the root of my conviction coming from the inside of the government. I need your help to ripe away the background conviction on my record, which I may continue to find work. I hope you can find favor in your heart to remove the conviction. In God I submit my request.

*Omeca Best*
Omeca Best
12106 Crystal Ridge Drive
Watchung, New Jersey 07069
Docket# 10-488 MLC
908-251-5143

RECEIVED
OCT -7 2011
Chambers of
Mary L. Cooper, U.S.D.J.

RECEIVED

OCT -7 2011

Chambers of
Mary L. Cooper, U.S.D.J.

Judge Cooper
US District Court
Trenton, NJ 08608